Elayna J. Youchah, Bar No. 5837
Lisa A. McClane, Bar No. 10139
Daniel I. Aquino, Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
youchahe@jacksonlewis.com
lisa.mcclane@jacksonlewis.com
daniel.aquino@jacksonlewis.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL DIAZ, individually<br><br>Plaintiff,<br><br>v.<br><br>MANDALAY BAY, LLC, a domestic limited liability company; MANDALAY CORP., dba MANDALAY BAY RESORT AND CASINO, a domestic corporation; MGM RESORTS INTERNATIONAL, a foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:18-CV-00798<br><br>**STIPULATION TO DISMISS MANDALAY BAY LLC, REVISE THE CAPTION, AND EXTEND TIME FOR REMAINING DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants MANDALAY BAY, LLC, MANDALAY CORP., and MGM RESORTS INTERNATIONAL ("Defendants"), and Plaintiff GABRIEL DIAZ hereby stipulate as follows:

1. That Defendant MANDALAY BAY LLC be dismissed from this action without prejudice;

2. That the caption be revised to reflect the entities identified as "MANDALAY BAY, LLC, a domestic limited liability company," shall be stricken from the caption; and

3. The remaining defendants shall have an additional seven (7) days, up to and including June 11, 2018 to file a response to Plaintiff's Complaint;

This stipulation is submitted and based upon the following:

1. Defendant MANDALAY BAY LLC, did not employ Plaintiff and was not involved in any employment related decisions, including but not limited to those involving administration of leave pursuant to the Family Medical Leave Act. As such, there is good cause for dismissing MANDALAY BAY, LLC from this action; and

2. That this request is made in good faith and not for the purpose of delay.

Respectfully submitted this 4th day of June, 2018.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/Danielle J. Barraza | /s/ Lisa A. McClane |
| Joseph A. Gutierrez<br>Danielle J. Barraza<br>8816 Spanish Ridge Ave.<br>Las Vegas, NV 89148 | Elayna J. Youchah, Bar No. 5837<br>Lisa A. McClane, Bar No. 10139<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

IT IS SO ORDERED __on June 5_____, 2018.

RICHARD F. BOULWARE, II
United States District Court

-2-